# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

CURTIS LESTER

Case Number: 6:97-CR-219-ORL-22DAB

USM Number: 22181-018

James Smith, AFPD
201 S. Orange Avenue, Suite 301
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Four, Five, Six, and Seven of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Failure to Follow the Instructions of the Probation Officer. | June 4, 2009 |
| Two | Positive Urinalysis for Cocaine. | September 30, 2008 |
| Three | Positive Urinalysis for Cocaine. | April 29, 2009 |
| Four | Positive Urinalysis for Cocaine. | May 7, 2009 |
| Five | Positive Urinalysis for Cocaine. | May 27, 2009 |
| Six | Failure to report to a Residential Re-entry Center/Residential Re-entry Sanctions Center. | June 4, 2009 |
| Seven | Failure to Participate in a Drug Aftercare Treatment | June 23, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

10/6/2009

ANNE C. CONWAY
CHIEF UNITED STATES DISTRICT JUDGE

October 8, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 8 Months.

The Court recommends to the Bureau of Prisons:

> The Defendant be afforded the opportunity to participate in a Substance Abuse Treatment Program.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal